UNITED STATES, Appellee

v

PAUL T. GINAITT, Private First Class, U. S. Marine Corps, Appellant

20 USCMA 216, 43 CMR 56

No. 23,220

December 18, 1970

*Captain Paul A. Reichs*, USMCR, was on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.*, JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

Of the two issues granted in this case, only one requires attention. Failure of the appellant to request trial by military judge alone, in writing, before or at the inception of trial constitutes a jurisdictional defect rendering the findings and sentence invalid. United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).

Accordingly, the decision of the United States Navy Court of Military Review is reversed. The findings of guilty and sentence are set aside. The record of trial is returned to the Judge Advocate General of the Navy. Another trial may be ordered.

Judge FERGUSON concurs.

QUINN, Chief Judge (dissenting):

I would sustain the jurisdiction of the court-martial for the reasons set out in my dissent in United States v Dean, 20 USCMA 212, 43 CMR 52 (1970), and affirm the sufficiency of the advice as to the right to counsel for the reasons specified in United States v Turner, 20 USCMA 167, 43 CMR 7 (1970).